**Order entered July 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00422-CV

**ALAN D. GERTNER, IRA, Appellant**

**V.**

**HQZ PARTNERS, L.P., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03044-H**

## ORDER

We **REINSTATE** this appeal.

In an order dated June 23, 2015, the Court abated the appeal to allow the trial court to make findings of fact and conclusions of law. On July 20, 2015, the Court received a supplemental clerk's record containing the trial court's findings of fact and conclusions of law.

On July 16, 2015, appellant filed with the trial court a request for additional or amended findings of fact and conclusions of law. *See* Tex. R. App. P. 298. Before the Court is appellant's July 17, 2015 opposed motion requesting a thirty-day extension of the abatement. The trial court must make any additional or amended findings of fact and conclusions of law by Monday, July 27, 2015. *See* Tex. R. App. P. 298. Accordingly, we **GRANT** appellant's motion **TO THE EXTENT** that we will abate the appeal for a period of ten days from the date of this order.

Assuming the trial court makes additional or amended findings of fact and conclusions of law, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file, within **TWENTY DAYS** of the date of this order, a supplemental clerk's record containing the trial court's additional or amended findings of fact and conclusions of law.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Jim Jordan, Judge of the 160th Judicial District Court, Ms. Pitre, and all counsel of record.

We **ABATE** this appeal to allow the trial court to make any additional or amended findings of fact and conclusions of law. The appeal will be reinstated in **TEN DAYS** from the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE